Opinion Per Curiam, June 28, 1971:
Order affirmed.

Mr. Justice Cohen took no part in the decision of this case.

Commonwealth *v.* Ligon, Appellant.

Submitted November 19, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Louis Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, June 28, 1971:
Order affirmed.

Mr. Justice Cohen took no part in the decision of this case.